JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL HAWORTH, Petitioner, v. PATRICIA V. BRADLEY, Warden, Respondent. | Case No. 2:20-cv-09673-RGK (PD) **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 21, 2021.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE